# EXHIBIT 1



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship and Immigration Services**

October 27, 2014

A File Number: A062799195
Receipt Number: EAC-15-014-00523
Bill Number: FLDDEP 339540
Applicant: CASTELLANOS ORTIZ, OSCAR

FRANCES K CASTELLANOS
12000 4TH ST N APT 25
ST PETERSBURG FL  33716

Dear Frances:

**THIS IS AN INFORMATIONAL NOTICE ONLY.  THIS IS NOT AN INVOICE.**
We have stopped processing the above application or petition because the check or money order submitted as payment was returned by the bank.

You, or the person who wrote the check, will receive an invoice from the Burlington Finance Center. The invoice states what you owe, why the payment was returned and where to send your payment.

We will take no further action on your application or petition until the filing fee, plus any penalties are paid, in full.  Failure to pay in full within 14 days will result in the following:

1. Your application or petition will be rejected as not properly filed;

2. The debt to the United States of America is still due, and may result in legal action;

3. If you continue to seek this benefit, you will have to re-file and submit new filing fee.

If no invoice is received within 14 days, or if you have questions about payment, call 802-288-7600. Written inquiries about the returned payment can be submitted to the address shown.

www.uscis.gov

Department of Homeland Security
Burlington Finance Center
PO BOX 5000
Williston, VT 05495-5000


Sincerely,

*Laura Zuchowski*

Laura Zuchowski
Center Director


CRU/KML

*The Vermont Service Center, through teamwork,
continuous process improvements, and personal development,
will produce a product that is timely and of high quality
which will promote customer satisfaction and employee self-esteem.*