# EXHIBIT 2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**



# THE UNITED STATES OF AMERICA

## I-751 RECEIPT NOTICE

Receipt Number : EAC-15-183-00048
Reference Number: A062799195
Petitioner: CASTELLANOS ORTIZ          , OSCAR       E.

Receipt Date: 04/01/2015
Receipt Time: 18:59

O. CASTELLANOS ORTIZ
PO BOX 3292
PINELLAS PARK       , FL  33780

**** THE ABOVE RECEIPT NUMBER MUST ACCOMPANY ALL INQUIRIES ****

Amount Received:         $590.00

Your conditional resident status is extended for a period of one year. During the one-year extension you are authorized employment and travel. (This extension and authorization for employment and travel does not apply to you if your conditional resident status has been terminated.)

In order to further process your petition, you will be receiving an Application Support Center (ASC) appointment notice with a specific time, date, and location to capture your fingerprints, photo, and signature. You MUST wait for your appointment notice before going to the ASC for biometric processing.

NOTE: Conditional resident applicants, including conditional resident dependents residing overseas pursuant to military or government orders WILL NOT RECEIVE an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the I-751 form instructions.

If you have not already done so, provide supporting documents to assist USCIS in processing your petition and to establish eligibility to remove the conditional basis of your permanent residence. PLEASE INCLUDE A COPY OF THIS RECEIPT NOTICE WITH ANY SUPPORTING DOCUMENTS YOU SUBMIT.

Upon receipt of your ASC appointment notice, you can find the status of your case on-line at www.uscis.gov. To view the status of your case, enter the application number found at the top of the ASC appointment notice. NOTE: The I-751 form type will be listed as "I-751" under the application type in our case status on-line tool.

NOTE: If you checked box "E" or "F" under Part 2 - Basis for Petition, you may NOT file a change of address request through the USCIS web site or by calling the National Customer Service Center. If you or your parent were subjected to battery or extreme cruelty, contact the appropriate USCIS Service Center where you originally filed your Form I-751 for specific address change instructions.

VERMONT SERV CENTER

75 LOWER WELDEN ST
ST ALBANS           , VT  05479-0001
(800) 375-5283

PAGE 1 OF 1