# EXHIBIT 3

# REGISTER OF ACTIONS
## CASE NO. 15-004718-FD



Order Documents! *Click Here!*
*Request Now!* Including Certified!

| | | |
|---|---|---|
| OSCAR EDUARDO CASTELLANO-ORTIZ Vs. FRANCES KAY CASTELLANOS | § § § § § § § | Case Type: **DISSOLUTION OF MARRIAGE - SIMPLIFIED**<br>Date Filed: **05/20/2015**<br>Location: **Section 81S**<br>Judicial Officer: **JAGGER, EDWIN**<br>UNIFORM CASE NUMBER: **522015DR004718XXFDFD** |

## PARTY INFORMATION

**Attorneys**

**PETITIONER**   CASTELLANO-ORTIZ, OSCAR EDUARDO
7120 55th STREET NORTH
PINELLAS PARK, FL 33781

**RESPONDENT** CASTELLANOS, FRANCES KAY
853 WOLFE BROOK TER
APT 403
WINTERPARK, FL 32792

## EVENTS & ORDERS OF THE COURT

### OTHER EVENTS AND HEARINGS

- 06/22/2015 CERTIFIED STATEMENT COMPLETED BY CLERK
- 06/22/2015 C/C JUDGMENT MAILED TO ALL PARTIES
- 06/16/2015 SIMPLIFIED DISSOLUTION HEARING  (9:00 AM) (Judicial Officer JAGGER, EDWIN)
- 06/16/2015 FINAL JUDGMENT
    Vol./Book 18821, Page 668, 1 pages
- 06/16/2015 JUDGMENT (SRS)
- 05/20/2015 PETITION (SRS)
    *SIMMPLIFIED*
- 05/20/2015 CIVIL COVER SHEET
- 05/20/2015 SEALED SOCIAL SECURITY NUMBER - PLAINTIFF/PETITIONER
- 05/20/2015 SEALED SOCIAL SECURITY NUMBER-- DEFENDANT/RESPONDENT
- 05/20/2015 COPY OF DRIVERS LICENSE
    *BOTH PARTIES*
- 05/20/2015 NOTICE OF HEARING
    *TUESDAY JUNE 16 2015 AT 9AM*

## FINANCIAL INFORMATION

PETITIONER CASTELLANO-ORTIZ, OSCAR EDUARDO



Court Ordered   *Click Here!*
*Pay Now!*   Fines, Fees, Costs?

| | |
|---|---:|
| Total Financial Assessment | 431.00 |
| Total Payments and Credits | 431.00 |
| **Balance Due as of 05/22/2017** | **0.00** |

| | | | | |
|---|---|---|---|---:|
| 05/20/2015 | Transaction Assessment | | | 414.00 |
| 05/20/2015 | Transaction Assessment | | | 17.00 |
| 05/20/2015 | Counter Payment | Receipt # SB-2015-06703 | CASTELLANO-ORTIZ, OSCAR EDUARDO | (431.00) |