# EXHIBIT 4

On December 11, 2015, we sent you a Request for Evidence (RFE), which indicated that you had until March 7, 2016 to respond. We did not receive a response from you within the time allotted.

Therefore, we denied your Form I-751 on August 31, 2016. Please refer to the Denial Notice for any information about your available rights or motions.

What You Can Do

You may not appeal a denial due to abandonment; however, you may re-file your petition or application at your earliest convenience.

-------------------------------------

Online Services

We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;