# EXHIBIT 5

# Case Was Received

On April 1, 2015, we received your Form CRI-89, Petition to Remove Conditions of Permanent Resident Status Received, Receipt Number EAC1512550528, and sent you the receipt notice that describes how we will process your case. Please follow the instructions in the notice. If you do not receive your receipt notice by May 1, 2015, please call Customer Service at 1-800-375-5283. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number**

CHECK STATUS

**RELATED TOOLS**



MAKE UPDATES
Change of Address



GET HELP
Submit a Case Inquiry